```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


MUNIR A. MALIK,              )
      Plaintiff              )
                             )
           v.                )  C.A. NO. 12-cv-30046-MAP
                             )
UNITED STATES DEPARTMENT     )
OF JUSTICE, ET AL.,          )
      Defendants             )
```

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION REGARING
DEFENDANTS' MOTIONS TO DISMISS
(Dkt. Nos. 14, 27, 30 & 35)

September 24, 2012

PONSOR, U.S.D.J.

Having reviewed the substance of Judge Kenneth P. Neiman's Report and Recommendation dated July 19, 2012 and finding it meritorious, the court, upon <u>de</u> <u>novo</u> review, hereby ADOPTS the Report and Recommendation (Dkt. No. 35). Based upon this, the court hereby ALLOWS Defendants' Motions to Dismiss (Dkt. Nos. 14, 27, & 30). The clerk will enter judgment for Defendants. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge