# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUNIR A. MALIK,<br>    Plaintiff(s)<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE, ET AL.,<br>    Defendant(s) | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:12-cv-30046-MAP<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants United States Department of Justice, et al., against the plaintiff Munir A. Malik, pursuant to the court's memorandum and order entered this date, granting the defendant's motions to dismiss.

                                        **SARAH A. THORNTON**,
                                        CLERK OF COURT

Dated: September 24, 2012            By /s/ Maurice G. Lindsay
                                        Maurice G. Lindsay
                                        Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                        [jgm.]